IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| AURELIAN IP MANAGEMENT, LLC )<br>)<br>Plaintiff, )<br>) Civil Action No. 2:17-cv-209-RWS-RSP<br>v. )<br>)<br>LINGUAMATICS SOLUTIONS INC. )<br>)<br>Defendant. )<br>) | |

## ORDER OF DISMISSAL WITH PREJUDICE

CAME ON THIS DAY for consideration of the Stipulated Motion for Dismissal With Prejudice of all claims asserted by plaintiff Aurelian IP Management, LLC in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit by plaintiff Aurelian IP Management, LLC are hereby dismissed with prejudice, and any pending requested relief is denied as moot.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

**SIGNED this 17th day of May, 2017.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE